# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-50610
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
May 1, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Stuart Mitchell Pieper,

*Defendant—Appellant.*

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CR-195-1

———————————————————————

Before Richman, Douglas, and Ramirez, *Circuit Judges.*

Per Curiam:[*]

The Federal Public Defender appointed to represent Stuart Mitchell Pieper has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Pieper has moved for leave to file an out-of-time response; the motion is GRANTED.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50610

We have reviewed counsel's brief and the relevant portions of the record reflected therein, along with Pieper's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.